UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERITAGE INTEGRITY INVESTMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>COMPUTERSHARE TRUST COMPANY, N.A.,<br><br>Defendant. | No. 1:25-cv-09088-JPC-BCM |

**MOTION AND PROPOSED ORDER FOR**
**WITHDRAWAL OF ATTORNEY BERNARD J. GARBUTT III**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, attorney Bernard J. Garbutt III, of the law firm Morgan, Lewis & Bockius LLP, moves to withdraw as an attorney of record in this action for Defendant Computershare Trust Company, N.A. ("Computershare").

Morgan, Lewis & Bockius LLP, by and through the remaining attorneys of record identified on ECF for this action, has and will continue to represent Computershare in this action. Computershare does not object to the withdrawal of Mr. Garbutt.

For the foregoing reasons, Bernard J. Garbutt III respectfully asks this Court to grant this motion.

Dated: New York, New York
September 22, 2026

By: ______________________

Bernard J. Garbutt III (BG-1970)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
bernard.garbutt@morganlewis.com

*Withdrawing Counsel for*
*Defendant Computershare Trust Company, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERITAGE INTEGRITY INVESTMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>COMPUTERSHARE TRUST COMPANY, N.A.,<br><br>Defendant. | No. 1:25-cv-09088-JPC-BCM |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**WITHDRAWAL OF ATTORNEY BERNARD J. GARBUTT III**

Upon consideration of Defendant's Motion for Withdrawal of Attorney Bernard J. Garbutt III (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED.

2. The clerk is ordered to reflect on the docket the termination of attorney Bernard J. Garbutt III as counsel of record for Defendant Computershare Trust Company, N.A.

IT IS SO ORDERED.

Dated: ____________

_________________________________________

THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE