UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERITAGE INTEGRITY INVESTMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>COMPUTERSHARE TRUST COMPANY, N.A.,<br><br>Defendant. | No. 1:25-cv-09088-JPC-BCM |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**WITHDRAWAL OF ATTORNEY BERNARD J. GARBUTT III**

Upon consideration of Defendant's Motion for Withdrawal of Attorney Bernard J. Garbutt III (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED.

2. The clerk is ordered to reflect on the docket the termination of attorney Bernard J. Garbutt III as counsel of record for Defendant Computershare Trust Company, N.A.

IT IS SO ORDERED.

Dated: ____________

_________________________________________

THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE