# EXHIBIT 1

Email Correspondence with Computershare Between
March 6, 2020 and March 11, 2020

**From:** isaac@ruwacktrust.com <isaac@ruwacktrust.com>
**Sent:** Friday, March 6, 2020 10:12 AM
**To:** Katie Shaughnessy <Katie.Shaughnessy@computershare.com>
**Cc:** Tina Vitale <Tina.Vitale@computershare.com>
**Subject:** Finalize DTC Eligibility

Hello Katie,

Please review attachments, We are simply seeking to complete the DTC eligibility for 144A securities, by having the BLOR and 144A Rider emailed to DTC's legal dept. I am aware that we may have to change transfer agents.

I realize that Charles Puccio at Computershare is the expert on all things surrounding sponsorship of DTC applications.

I'd like to discuss potentially engaging with Computershare for these needs and have a deeper discussion with you in order to draft a proposal for services.

---

**RE: FW: Finalize DTC Eligibility**

---

**From** Katie Shaughnessy <Katie.Shaughnessy@computershare.com>
**Date** Fri 3/6/2020 12:40 PM
**To** isaac ruwacktrust.com <isaac@ruwacktrust.com>
**Cc** Joseph Kunecki <Joseph.Kunecki@computershare.com>; Joan Dromey <Joan.Dromey@computershare.com>; David Kubick <David.Kubick@computershare.com>; Laura Crosby <Laura.Crosby@computershare.com>; Lynn Huguet <Lynn.Huguet@computershare.com>

Hi Isaac,

I'm looping in some of my team here, as what capacity in which we can help will depend on a few things. Firstly, Computershare only assists with DTC eligibility sponsorship for our transfer agent clients. If you're inclined to consider engaging Computershare as transfer agent, I've looped in Joe Kunecki who would be the lead sales agent for your area. He can work with you to determine if Computershare is a good fit TA wise, or if someone from our corporate trust department needs to be looped into the conversation.

Assuming that avenue works for you, Laura Crosby and Lynn Huguet would be able to help with assessing whether Computershare is in a position to sponsor eligibility, as we typically only do so in certain circumstances.

Exhit 1(a)

**From:** isaac@ruwacktrust.com <isaac@ruwacktrust.com>
**Sent:** Friday, March 6, 2020 3:28 PM
**To:** Katie Shaughnessy <Katie.Shaughnessy@computershare.com>
**Cc:** Joseph Kunecki <Joseph.Kunecki@computershare.com>; Joan Dromey <Joan.Dromey@computershare.com>; David Kubick <David.Kubick@computershare.com>; Laura Crosby <Laura.Crosby@computershare.com>; Lynn Huguet <Lynn.Huguet@computershare.com>
**Subject:** RE: FW: Finalize DTC Eligibility

Katie,

Yes we are aware and open to the requirements to transfer our shares to Computershares as transfer agent.

Ruwack Trust is a North Carolina common law trust established in 2013. Presently we are requesting to service a Private Placement Debt offering of Series 2016 Zero Coupon Notes Due 2026. We currently have 4 holders of our shares. The shares are issued under Section 4(a)(2) specifically Reg D to be resold to QIB'S under Rule 144A exemption, which is the reason for DTC involvement. We plan to have all shares issued in CEDE position to the QIB's. American Stock Transfer is the current Transfer Agent of record.

Capital Structure: We are issuing private shares and was never asked this question before for TA services, The trust has a CFO for the purpose of the private placement that may get involved.

We meet all requirements for acceptance into DTC Full Services according to the Operational Arrangement. We meet all SEC requirements as well as FINRA requirements for this Private Placement.

**From:** isaac <isaac@ruwacktrust.com>
**Sent:** Friday, March 6, 2020 4:38 PM
**To:** Joan Dromey <Joan.Dromey@computershare.com>; Katie Shaughnessy <Katie.Shaughnessy@computershare.com>
**Cc:** David Kubick <David.Kubick@computershare.com>; Laura Crosby <Laura.Crosby@computershare.com>; Lynn Huguet <Lynn.Huguet@computershare.com>; Joseph Kunecki <Joseph.Kunecki@computershare.com>
**Subject:** RE: FW: Finalize DTC Eligibility

Joan,

to expedite our request; yes we need transfer agent and registrar service, DTC Full Service, and Escrow Agent services.

Exhibit 1 (b)

**From:** isaac@ruwacktrust.com <isaac@ruwacktrust.com>
**Sent:** Wednesday, March 11, 2020 9:36 AM
**To:** Joseph Kunecki <Joseph.Kunecki@computershare.com>
**Cc:** Joan Dromey <Joan.Dromey@computershare.com>
**Subject:** RE: FW: Finalize DTC Eligibility

Joe,

thank you for the proposal, it's very impressive. Please send over the TA agreement, DTC Eligibility Agreement and Escrow Agreement.

Subject: RE: FW: Finalize DTC Eligibility
From: Joan Dromey <Joan.Dromey@computershare.com>
Date: Fri, March 06, 2020 5:04 pm
To: isaac <isaac@ruwacktrust.com>, Katie Shaughnessy <Katie.Shaughnessy@computershare.com>
Cc: David Kubick <David.Kubick@computershare.com>, Laura

> to expedite our request; yes we need transfer agent and registrar service, DTC Full Service, and Escrow Agent services.

Exhibit 1(c)