# EXHIBIT 3

Email Correspondence with Computershare From
March 19, 2020 through April 21, 2021

Subject: DTC eligibility
From: Joseph Kunecki <Joseph.Kunecki@computershare.com>
Date: Thu, March 19, 2020 3:12 pm
To: "isaac@ruwacktrust.com" <isaac@ruwacktrust.com>

Hi Isaac,

Our internal team provided me with the following information. Can you please review the information below and complete the attached forms. Of course, if you have any questions, please let me know.

*Computershare US (CTCNA) as a Transfer Agent and full DTC participant have worked and obtained DTC eligibility for numerous clients and we would be happy to assist if able. Below are some documents and information needed for the process. Please note we would anticipate as part of the onboarding process we would obtain an approved form or opinion that the securities are registered or issued under some form of exemption. Please confirm, as we would not look to request a separate form of opinion for eligibility.*

## RE: DTC eligibility

**From** Joseph Kunecki <Joseph.Kunecki@computershare.com>
**Date** Thu 3/26/2020 11:57 AM
**To** isaac ruwacktrust.com <isaac@ruwacktrust.com>

1 attachment (53 KB)
Customer_Due_Diligence_Certification_Template_Form_2018.docx;

Hello Isaac,

I hope you are having a good day. Regarding the certificates, we will work with you during the implementation on that. Typically, our clients have been using book entry, as paper certificates can become an issue as time goes on (people locating old certificates and presenting them, not knowing if they have been cancelled, transferred, etc.). If you would like to continue to use paper certificates, we do have some sample stock we can share with you at that time. The team will also discuss exactly what we can do with them.

I am also including a document that we need you to complete for our KYC compliance. Please answer what you can and return to me via email.

I am checking with our DTC sponsorship team to make sure they have everything they need from you. I'll let you know if they need anything else.

Exhibit 3 (a)

**From:** isaac@ruwacktrust.com <isaac@ruwacktrust.com>
**Sent:** Thursday, July 23, 2020 4:20 PM
**To:** Joan Dromey <Joan.Dromey@computershare.com>
**Cc:** Daniel Spengel <Daniel.Spengel@computershare.com>
**Subject:** RE: FW: Finalize DTC Eligibility

Hello Joan,

I hope you have been taking care of yourself, I am reaching out to say thank you for getting us over to the largest transfer agency in the world. We have been Effective with you guys since June 28th.

As you know one of our main concerns was to get DTC Eligibility by submitting the BLOR and the 144A Rider which was done. The CUSIP was actually approved for DTC Full service confirm by Gail in DTC underwriting on June 29th. However there is a challenge where our CUSIP is now only eligible for DTC Custody only. There is a possibility that I may need experts on 144A Debt transaction as opposed to my present rep who is not really familiar with this type of offering. When DTC has already approved the CUSIP as correct in their system but the DTC application was submitted incorrectly. I have buyers ready to purchase and I have obligation ready to be fulfilled.

Please help us navigate through this. We may just need someone over in Corporate Trust to assist us. We do have Jay as Escrow Agent who is very knowledgeable in these matters. Daniel is very easy to work with but he says hes not an expert on 144A debt issues.

---

**RE: FW: Finalize DTC Eligibility**

**From** Joan Dromey <Joan.Dromey@computershare.com>
**Date** Thu 7/23/2020 5:02 PM
**To** isaac ruwacktrust.com <isaac@ruwacktrust.com>
**Cc** Daniel Spengel <Daniel.Spengel@computershare.com>

Hello Isaac,

Thank you for reaching out; happy to try and assist with this. I will get a few people together internally on our side to discuss what may be needed and then circle back with you. Since some folks are out of the office tomorrow, it will likely be early next week.

You did mention that the DTC application wasn't entirely correct – can you give me a bit more detail on what the issue is there? That would be helpful in terms of trying to make sure we get the right people together to sort this out.

---

**Jennifer Lippoldt** <Jennifer.Lippoldt@computershare.com> Wed, Apr 21, 2021 at 8:23 PM
To: "isaac@ruwacktrust.com" <isaac@ruwacktrust.com>, Trust Admin <admin@investmenttrustltd.com>

Hi Isaac,

I sincerely apologize for my delay in responding. Vacation was great but I have spent a week and a half trying to catch up since I returned. It's almost not worth the time off.

I am sorry, but I am unable to sign the attestation form as that implies that Computershare is sponsoring the DTC eligibility. I have been told several times that Computershare is <u>not</u> sponsoring eligibility and will not submit or resubmit anything to DTC with respect to eligibility.