# EXHIBIT 4

Letters (Directives) From Eli Briggs

April 12, 2021

To: Isaac Cain
Trustee Board Chairman
Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27417

From: Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust
295 Madison Ave, 12th Floor
New York, NY 10017

Re: Directive to (COMPUTERSHARE/Transfer Agent) – CUSIP Recognition and Electronic Transfer of HIIT Securities

CUSIP#: 78348DDAA6

Dear Isaac Cain:

Heritage Integrity Investment Trust (HIIT) hereby requests and directs the Issuer, Ruwack Irrevocable Trust, to immediately instruct its transfer agent, Computershare, to take all necessary action to have the CUSIP associated with HIIT's securities properly recognized and activated in the applicable electronic transfer system. The CUSIP is currently not recognized in the system per IBKR Client Services. Per HIIT's broker, IBKR, HIIT is instructed to direct the Issuer to have its transfer agent, Computershare, to facilitate updating the CUSIP#: 78348 D AA6.

The securities have been properly registered and the applicable restrictions have been removed on the transfer agent side. However, the CUSIP remains unrecognized in the electronic system, preventing the securities from being transferred electronically to HIIT's designated broker.

Exhibit 4 (a)

May 7, 2021

To: Isaac Cain
Trustee Board Chairman
Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27417

From: Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust
295 Madison Ave, 12th Floor
New York, NY 10017

Re: Directive to (COMPUTERSHARE/Transfer Agent) – CUSIP Recognition request to be updated in system//10M restriction removal

CUSIP#: 78348DAA6

Dear Isaac Cain:

Heritage Integrity Investment Trust (HIIT) hereby requests and directs the Issuer, Ruwack Irrevocable Trust, to immediately instruct its transfer agent, Computershare, to take all necessary action to have the CUSIP associated with HIIT's securities properly recognized and activated in the applicable electronic transfer system. The CUSIP is currently not recognized in the system per IBKR Client Services. Per HIIT's broker, IBKR, HIIT is instructed to direct the Issuer to have its transfer agent, Computershare, to facilitate updating the CUSIP#: 78348 D AA6.

The securities have been properly registered and the applicable restrictions have been removed on the transfer agent side. However, the CUSIP remains unrecognized in the electronic system, preventing the securities from being transferred electronically to HIIT's designated broker.

The 10M shares remain restricted on account and the necessary paperwork has been submitted to Computershare. However, Computershare has not processed the shares to reflect unrestricted at this time. Please have Computershare process the restriction removal and certification of the 10M shares.

Ex 4 (b)

Accordingly, please immediately direct the transfer agent, Computershare, to:

1. Correct, update, or activate the applicable CUSIP in its system and with the appropriate securities processing entities;
2. Confirm that the CUSIP is recognized for electronic transfer;
3. Coordinate with HIIT's broker as necessary; and
4. Complete the electronic transfer of HIIT's securities to HIIT's designated broker.

Please provide written confirmation once the CUSIP has been properly recognized and the transfer agent, Computershare, is able to process the electronic transfer.

This request is made without waiver of any rights or remedies of HIIT concerning the securities, their transfer, or any amounts due in connection with the securities.

We request that this matter be handled promptly.

Sincerely,

**Heritage Integrity Investment Trust**

By: ______________________

Name: Isaac Briggs
Title: Managing Trustee

November 17, 2021

To: Isaac Cain
Trustee Board Chairman
Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27417

From: Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust
295 Madison Ave. 12th Floor
New York, NY 10017

Re: 2nd Request for 10M shares restriction removal(COMPUTERSHARE/Transfer Agent) – CUSIP Recognition request to be updated in system

CUSIP#: 78348DAA6

Dear Isaac Cain:

Heritage Integrity Investment Trust (HIIT) hereby requests and directs the Issuer, Ruwack Irrevocable Trust, to immediately instruct its transfer agent, Computershare, to take all necessary action to have the CUSIP associated with HIIT's securities properly recognized and activated in the applicable electronic transfer system. The CUSIP is currently not recognized in the system per IBKR Client Services. Per HIIT's broker, IBKR, HIIT is instructed to direct the Issuer to have its transfer agent, Computershare, to facilitate updating the CUSIP#: 78348 D AA6.

The securities have been properly registered and the applicable restrictions have been removed on the transfer agent side for the 1M shares. However, the CUSIP remains unrecognized in the electronic system, preventing the securities from being transferred electronically to HIIT's designated broker.

The 10M shares remain restricted on account and the necessary paperwork has been submitted to Computershare in April 2021. However, Computershare has not processed the shares to reflect unrestricted at this time. HIIT has requested that Computershare expedite the removal of the

Ex 4 (c)

restriction and certify the 10M on account. Email correspondence was sent to Ms. Lippoldt on November 17, 2021. Please have Computershare process the restriction removal and certification of the 10M shares.

Accordingly, please immediately direct the transfer agent, Computershare, to:

1. Correct, update, or activate the applicable CUSIP in its system and with the appropriate securities processing entities;
2. Confirm that the CUSIP is recognized for electronic transfer;
3. Coordinate with HIIT's broker as necessary;
4. Complete the electronic transfer of HIIT's securities to HIIT's designated broker; and
5. Remove the restrictions on the 10M shares on account at Computershare.

Please provide written confirmation once the CUSIP has been properly recognized and the transfer agent, Computershare, is able to process the electronic transfer as well as the 10M restriction removal and certification.

This request is made without waiver of any rights or remedies of HIIT concerning the securities, their transfer, or any amounts due in connection with the securities.

We request that this matter be handled promptly.

Sincerely,

**Heritage Integrity Investment Trust**

By: ______________________

Name: Isaac Briggs
Title: Managing Trustee

February 2, 2022

To: Isaac Cain
Trustee Board Chairman
Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27417

From: Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust
295 Madison Ave, 12th Floor
New York, NY 10017

Re: (COMPUTERSHARE/Transfer Agent) – CUSIP Recognition request to be updated in system

CUSIP#: 78348DAA6

Dear Isaac Cain:

Heritage Integrity Investment Trust (HIIT) hereby requests and directs the Issuer, Ruwack Irrevocable Trust, to immediately instruct its transfer agent, Computershare, to take all necessary action to have the CUSIP associated with HIIT's securities properly recognized and activated in the applicable electronic transfer system. The CUSIP is currently not recognized in the system per IBKR Client Services. Per HIIT's broker, IBKR, HIIT is instructed to direct the Issuer to have its transfer agent, Computershare, to facilitate updating the CUSIP#: 78348 D AA6..

The securities have been properly registered and the applicable restrictions have been removed on the transfer agent side for the 10M shares. However, the CUSIP remains unrecognized in the electronic system, preventing the securities from being transferred electronically to HIIT's designated broker and available for trade and investment.

.

Ex 4 (d)

April 10, 2023

To: Isaac Cain
Trustee Board Chairman
Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27417

From: Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust
295 Madison Ave, 12th Floor
New York, NY 10017

Re: (COMPUTERSHARE/Transfer Agent) – CUSIP Recognition request to be updated in system

CUSIP#: 78348DAA6

Dear Isaac Cain:

Heritage Integrity Investment Trust (HIIT) hereby requests and directs the Issuer, Ruwack Irrevocable Trust, to immediately instruct its transfer agent, Computershare, to take all necessary action to have the CUSIP associated with HIIT's securities properly recognized and activated in the applicable electronic transfer system. The CUSIP is currently not recognized in the system per IBKR Client Services. Per HIIT's broker, IBKR, HIIT is instructed to direct the Issuer to have its transfer agent, Computershare, to facilitate updating the CUSIP#: 78348 D AA6..

The securities have been properly registered and the applicable restrictions have been removed on the transfer agent side for the 11M shares. However, the CUSIP remains unrecognized in the electronic system, preventing the securities from being transferred electronically to HIIT's designated broker and available for trade and investments.

.

Ex 4 (e)

Accordingly, please immediately direct the transfer agent, Computershare, to:

1. Correct, update, or activate the applicable CUSIP in its system and with the appropriate securities processing entities;
2. Confirm that the CUSIP is recognized for electronic transfer;
3. Coordinate with HIIT's broker as necessary; and
4. Complete the electronic transfer of HIIT's securities to HIIT's designated broker;

Please provide written confirmation once the CUSIP has been properly recognized and the transfer agent, Computershare, is able to process the electronic transfer.

This request is made without waiver of any rights or remedies of HIIT concerning the securities, their transfer, or any amounts due in connection with the securities.

We request that this matter be handled promptly.

Sincerely,

Heritage Integrity Investment Trust

By: ______________________

Name: Isaac Briggs
Title: Managing Trustee

May 31, 2023

To: Isaac Cain
Trustee Board Chairman
Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27417

From: Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust
295 Madison Ave, 12th Floor
New York, NY 10017

Re: (COMPUTERSHARE/Transfer Agent) – CUSIP Recognition request to be updated in system/DWAC Transfer

CUSIP#: 78348DAA6

Dear Isaac Cain:

Heritage Integrity Investment Trust (HIIT) hereby requests and directs the Issuer, Ruwack Irrevocable Trust, to immediately instruct its transfer agent, Computershare, to take all necessary action to have the CUSIP associated with HIIT's securities properly recognized and activated in the applicable electronic transfer system. The CUSIP is currently not recognized in the system per IBKR Client Services. Per HIIT's broker, IBKR, HIIT is instructed to direct the Issuer to have its transfer agent, Computershare, to facilitate updating the CUSIP#: 78348 D AA6..

The securities have been properly registered and the applicable restrictions have been removed on the transfer agent side for the 100M shares. However, the CUSIP remains unrecognized in the electronic system, preventing the securities from being transferred electronically to HIIT's designated broker and available for trade and investments.

.

Ex 4 (f)

Accordingly, please immediately direct the transfer agent, Computershare, to:

1. Correct, update, or activate the applicable CUSIP in its system and with the appropriate securities processing entities;
2. Confirm that the CUSIP is recognized for electronic transfer/DWAC;
3. Coordinate with HIIT's broker as necessary; and
4. Complete the electronic transfer of HIIT's securities to HIIT's designated broker;

Please provide written confirmation once the CUSIP has been properly recognized and the transfer agent, Computershare, is able to process the electronic transfer.

This request is made without waiver of any rights or remedies of HIIT concerning the securities, their transfer, or any amounts due in connection with the securities.

We request that this matter be handled promptly.

Sincerely,

Heritage Integrity Investment Trust

By:____________________

Name: Isaac Briggs
Title: Managing Trustee

Heritage Integrity Investment Trust
295 Madison Avenue, 12th Floor
New York, NY 10017
(T) 917-634-6142 Field Response Line
(E) admin@investmenttrustltd.com

June 9, 2023

VIA CERTIFIED MAIL AND REGULAR MAIL

PRIVATE MARKETS DEPARTMENT
Computershare
P.O. Box 43006
Providence, RI 02940-3006

RE: FORMAL DEMAND FOR IMMEDIATE ACTION AND COMPLETION OF DWAC TRANSFER

Heritage Integrity Investment Trust / Account No. C0000001023
TR SER Zero Coupon Notes
Amount: $100M
CUSIP: 78348D AA6

NOTICE OF DEMAND — TIME-SENSITIVE TRANSFER MATTER

Dear Private Markets Department:

Heritage Integrity Investment Trust ("HIIT") hereby submits this formal demand for immediate action, intervention, and completion of the DWAC transfer of the securities held in its Computershare account to HIIT's brokerage account at Interactive Brokers ("IBKR").

This matter has remained unresolved for an extended period despite repeated communications with the Issuer, Computershare, and IBKR. The continuing inability to transfer the securities has resulted in substantial delays, impaired HIIT's ability to utilize its securities, and exposed HIIT to significant opportunity-cost losses.

HIIT now demands that Computershare take all actions within its control necessary to complete the transfer without further delay.

I. HISTORY OF THE TRANSFER PROBLEM

HIIT's original purchase agreement in November 2020 indicated that the securities were marketable and tradeable. Following the initial purchase, HIIT understood that the securities would be recognized in the applicable systems and that the securities could be transferred pursuant to the agreed process, with Computershare acting as escrow agent.

Ex4(q)

Approximately sixty (60) days after the initial purchase, HIIT's account journal reflected the securities as restricted. A further process was required to remove the restrictions and certify the initial $1M in securities, which required approximately another sixty (60) days.

During that period, an additional $10M in securities were transacted to HIIT. Those securities were likewise reflected as restricted. IBKR repeatedly advised HIIT that the CUSIP remained "not recognized in the system."

In October/November 2021, HIIT communicated with Jennifer Lippoldt, Assistant VP/Relationship Manager at Computershare, concerning the restrictions on the additional $10M in securities. In January 2022, the securities were certified and the restrictions were cleared.

Notwithstanding that clearance and certification, the CUSIP continued to be reported by IBKR as "not recognized in the system."

More than ten (10) months had elapsed in connection with clearing and certifying the $10M in securities. HIIT's transfer requests were not timely resolved, resulting in significant delay and opportunity-cost exposure.

After the securities were confirmed as non-restricted and certified, HIIT again contacted IBKR to process the transfer. IBKR advised that the CUSIP remained unrecognized, preventing the electronic transfer into HIIT's IBKR brokerage account. HIIT again contacted the Issuer and Transfer Agent concerning the continuing issue.

II. CONTINUING DELAY AND CURRENT TRANSFER

An additional twelve (12) to thirteen (13) months were lost in connection with HIIT's ability to utilize the investment.

In the first quarter of 2023, HIIT negotiated an additional $90M in securities. On May 25, 2023, securities were transferred and automatically credited and certified to HIIT's Computershare account.

HIIT then contacted IBKR Client Services and was again advised that the CUSIP remained "not recognized in the system."

The Issuer subsequently connected HIIT with Computershare's Private Markets Department for the purpose of facilitating recognition of the CUSIP and completing the requested DWAC transfer.

HIIT followed Computershare's direction and submitted the requested online inquiry concerning the DWAC transfer. The response indicated that IBKR, as the broker, would have to initiate the DWAC request. However, IBKR could not initiate the request because the CUSIP remained "not recognized in the system."

HIIT subsequently contacted Computershare's Private Markets Department again and was advised that Computershare could push the securities to IBKR via DWAC from Computershare's side.

HIIT commenced this process with Computershare in May 2023 and has relied upon Computershare to complete the transfer.

III. FORMAL DEMAND FOR IMMEDIATE PERFORMANCE

HIIT has been expressly advised by Computershare's Private Markets Department that the securities would be pushed via DWAC to IBKR before June 22, 2023, the date on which the Issuer is scheduled to change Transfer Agents.

IBKR Client Services has further advised that a DWAC transfer takes approximately one (1) day to process, provided that the applicable CUSIP is recognized in its system.

Accordingly, HIIT hereby demands that Computershare:

1. Immediately complete all actions necessary to recognize and process CUSIP 78348D AA6 for the requested transfer;

2. Immediately initiate and/or facilitate the DWAC transfer from Computershare to HIIT's IBKR brokerage account;

3. Coordinate directly with IBKR, if necessary, to eliminate any remaining administrative, technical, or processing impediment;

4. Provide written confirmation of the present status of the transfer and identify any specific outstanding requirement preventing completion;

5. Confirm that the transfer will be completed prior to the June 22, 2023 change of Transfer Agent; and

6. Preserve all records, communications, call logs, account notes, transfer requests, correspondence, and other documentation relating to HIIT's securities, the CUSIP, restrictions, certifications, and requested transfers.

IV. NOTICE REGARDING FURTHER DELAY

HIIT has provided Computershare with repeated opportunities to resolve this matter. The historical delays concerning the securities and the continued inability to transfer them have already caused substantial disruption and opportunity-cost exposure.

HIIT therefore expects immediate affirmative action rather than another referral between Computershare, the Issuer, and IBKR.

The responsibility for resolving any remaining issue within Computershare's control should not be shifted back to HIIT after HIIT has repeatedly followed the procedures and instructions provided by Computershare.

HIIT specifically requests that Computershare escalate this matter to the appropriate senior personnel within Private Markets and Transfer Operations immediately and provide written confirmation of the corrective action being taken.

V. RESERVATION OF RIGHTS

Nothing contained in this correspondence shall be construed as a waiver, relinquishment, limitation, or release of any rights, claims, remedies, damages, or causes of action that may be available to HIIT arising from the delays, restrictions, transfer issues, processing failures, or other circumstances relating to the securities.

HIIT expressly reserves all rights and remedies available to it.

HIIT further requests that all relevant documents and electronically stored information relating to this matter be preserved, including communications between Computershare, the Issuer, IBKR, and HIIT concerning the securities and the requested transfer.

VI. REQUIRED WRITTEN RESPONSE

Please provide written confirmation immediately that:

- the matter has been escalated;
- the CUSIP issue is being actively addressed;
- Computershare has initiated or is facilitating the DWAC transfer;
- IBKR has been contacted as necessary; and
- the transfer will be completed before the June 22, 2023 change of Transfer Agent.

HIIT has been assured that the transfer would be completed before that date. HIIT expects Computershare to honor that representation and take all necessary steps to ensure that no further delay occurs.

Please treat this correspondence as a formal demand requiring immediate attention.

HIIT looks forward to receiving written confirmation of completion without further delay.

Respectfully,

Isaac Briggs
Managing Trustee
Heritage Integrity Investment Trust

Email: admin@investmenttrustltd.com
Telephone: (917) 634-6142