USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/23/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
HERITAGE INTEGRITY INVESTMENT TRUST,

Plaintiff,

v.

COMPUTERSHARE TRUST COMPANY, N.A.,

Defendant.
---------------------------------------------------- X

No. 1:25-cv-09088-JPC-BCM

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY BERNARD J. GARBUTT III**

Upon consideration of Defendant's Motion for Withdrawal of Attorney Bernard J. Garbutt III (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED.

2. The clerk is ordered to reflect on the docket the termination of attorney Bernard J. Garbutt III as counsel of record for Defendant Computershare Trust Company, N.A.

IT IS SO ORDERED.

Dated: September 23, 2026

_________________________________

THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE