Jones
Law Firm P.C

John P. Cronan, US District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

October 9, 2026

***Via ECF***

Re: *Heritage Integrity Investment Trust v. Computershare Trust Company, N.A.* 1:25-cv-09088

Dear Honorable Judge Cronan,

Plaintiff's objections to the Magistrate's Report & Recommendation was due on September 21, 2026.

I worked late into the night on September 21st, in order to submit a timely filing.

But my paralegal encountered some problems with the PACER website, and as result, the filing didn't get completed until 12:14AM on September 22nd. It was fourteen minutes late.

When I became appraised of this problem, I wrote to the attorneys at Morgan Lewis, offering to grant an extension of time for their Reply, if my late filing inconvenienced or prejudiced them in any way. (A copy of this email is attached).

Morgan Lewis did not respond to this letter.

Instead, in their Reply brief, they urge you to reject my filing as "untimely."

I pray that Your Honor would deem this too harsh a sanction under the circumstances.

Respectfully submitted,

__ Elaine Platt ______

Elaine, Platt, Esq.
**Jones Law Firm, P.C.**
1270 6th Avenue, Floor 7
New York, NY 10020
(212) 258-0685
elaine@joneslawnyc.com
*Attorneys for Plaintiff*

Gmail

Bryce Jones <bryce@joneslawnyc.com>

# late filing in heritage v Computershare

1 message

**Elaine Platt** <elaine@joneslawnyc.com> Tue, Sep 29, 2026 at 3:02 PM
To: "Kraut, Michael S." <michael.kraut@morganlewis.com>
Cc: "Paslavsky, Michael T." <michael.paslavsky@morganlewis.com>, Bryce Jones <bryce@joneslawnyc.com>

It's come to my attention that our Objections were filed 15 minutes late (at 12:14 on 9/22, when the deadline was 11:59 on 9/21), and the 2 exhibits mentioned in the objections were filed on 9/22, much later on in the day.

If my late filing has in any way prejudiced you, or caused you any inconvenience, I would most certainly consent to any extension of your Reply time that you might like.

With my sincere apologies.