Morgan Lewis

**Michael S. Kraut**
+1.212.309.6927
michael.kraut@morganlewis.com

October 9, 2026

**VIA ECF**
Honorable John P. Cronan
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 1320
New York, NY 10007-1312

Re: Heritage Integrity Investment Trust vs.
Computershare Trust Company, N.A., 1:25-cv-09088-JPC-BCM

Dear Judge Cronan:

We represent defendant Computershare Trust Company, N.A. ("Computershare") in the above-referenced case. We write in response to the letter filed today (Dkt.# 63) by plaintiff Heritage Integrity Investment Trust ("Heritage") regarding the timeliness of its Fed. R. Civ. P. 72(b) Objections (Dkt.## 57 & 59-60) to Magistrate Judge Moses's Report and Recommendation recommending dismissal of this case with prejudice (Dkt.# 54).

Heritage's letter responds to a single sentence in Computershare's Memorandum of Law in Opposition to Heritage's Objections to Magistrate Judge Moses's Report and Recommendation, in which Computershare noted that Heritage's filing of certain documents in support of its Objection was "untimely even with [an] extension." Dkt.# 62, at 13. Heritage explains that its filing was only 14 minutes late because of a PACER filing issue. Dkt.# 63.

Computershare's memorandum, however, was very clearly not referring to the document that Heritage filed 14 minutes late (Dkt.# 57), but instead to the documents that Heritage filed at 11:52 P.M. on September 22, 2026 (Dkt.## 59-60), nearly 24 hours after Heritage's filing deadline, which Heritage neglected to mention to the Court. The untimely filing of declaration and exhibits (Dkt.## 59-60) at 11:52 P.M. on September 22, 2026 obviously did not result from the PACER issue that Heritage's counsel resolved nearly a full day earlier.

Respectfully Submitted,
*Michael S. Kraut*