Morgan Lewis

**Michael S. Kraut**
+1.212.309.6927
michael.kraut@morganlewis.com

The request is granted. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 46 and to close this case.
SO ORDERED.
November 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

November 13, 2026

**VIA ECF**
Honorable John P. Cronan
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 1320
New York, NY 10007-1312

Re: Heritage Integrity Investment Trust vs.
Computershare Trust Company, N.A., 1:25-cv-09088-JPC-BCM

Dear Judge Cronan:

We represent defendant Computershare Trust Company, N.A. ("Computershare") in the above-referenced case. We write to inform the Court that solely to avoid the fees and expenses associated with briefing Plaintiff's appeal of the Court's order dismissing Heritage's claims with prejudice, Dkt.# 65 (the "Dismissal Order"), Defendant entered into an agreement with Plaintiff and its counsel whereby: (i) Plaintiff has fully and finally waived any right to appeal the Dismissal Order and released the claims, and in exchange (ii) Defendant has agreed to withdraw its motion for sanctions against Plaintiff and its counsel, Dkt.# 46 (the "Sanctions Motion"). Accordingly, Computershare hereby respectfully requests to withdraw the Sanctions Motion.

Respectfully Submitted,

*Michael S. Kraut*